UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gloria J. Nelson,

Plaintiff,

v.

Computer Motion, Inc.
a Delaware Corporation,

Defendants.

Civil Action No. 01-CV-1302 PAM/JGL

**STIPULATION EXTENDING TIME TO ANSWER AND ORDER**

Case No. 9423-01

**STIPULATION**

The parties hereby stipulate and agree and ask this Court to enter an order extending the time for defendant to answer or otherwise respond to the Complaint until August 24, 2001.

Dated: August 9, 2001

James H. Kaster (#53946)
Tiffany A. Sanders (#260514)
NICHOLS KASTER & ANDERSON
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone No.: 612/338-1919
Fax No.: 612/338-4878

ATTORNEYS FOR PLAINTIFF

AUG 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 8, 2001

Linda L. Holstein (#150836)
PARSINEN KAPLAN ROSBERG
& GOTLIEB, P.A.
Suite 1100
100 South Fifth Street
Minneapolis, MN 55402
Telephone No.: 612/333-2111
Fax No.: 612/333-6798

ATTORNEY FOR DEFENDANT

**ORDER**

SO ORDERED.

Dated: Aug. 13, 2001

Jonathan G. Lebedoff
Magistrate Judge of United States District Court