UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ORIGINAL**

Gloria J. Nelson,

Plaintiff,

vs.

Computer Motion, Inc.
A Delaware Corporation,

Defendant.

Case No.: 01-CV-1302 PAM/JGL

**STIPULATION FOR ORDER REQUESTING MODIFICATION OF SCHEDULING ORDER**

The Court's current Scheduling Order sets a deadline for discovery of May 1, 2002, and disclosure of Plaintiff's expert for March 1, 2002, and Defendant's expert for April 1, 2002. The dispositive motion deadline is June 1, 2002 and trial is scheduled for July 1, 2002.

The parties agreed to extend expert disclosures, Plaintiff's disclosure was due on March 15, 2002 and Defendant's disclosure is due April 15, 2002. Plaintiff has disclosed her expert. The parties are currently involved in a discovery dispute and Defendant filed a Motion to Compel on April 9, 2002. Pending the outcome of Defendant's motion, the parties propose that the Court modify the Scheduling Order to extend the deadline for discovery until May 31, 2002, and disclosure of Defendant's expert until May 15, 2002. The dispositive motion deadline and the trial date will remain as set forth in the Court's November 6, 2001, Scheduling Order.

Accordingly, the parties respectfully request the Court enter an order modify the Scheduling Order consistent with this Stipulation.

FILED APR 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NICOLS KASTER & ANDERSON

Dated: April 11, 2002

James H. Kaster
Diane M. Odeen
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242

ATTORNEYS FOR PLAINTIFF

Dated: April 12th, 2002.

JACKSON LEWIS SCHNITZLER & KRUPMAN

David J. Duddleston #139804
Shelly B. Martin #0287076
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANT

**ORDER**

In accordance with the above Stipulation, the Court hereby amends the Scheduling Order extending the deadline for completion of discovery until May 31, 2002 and Defendant's expert disclosure is extended until May 15, 2002.

Dated: April 17, 2002.

BY THE COURT:

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge