UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gloria J. Nelson,

Plaintiff,

vs.

Computer Motion, Inc.
a Delaware corporation,

Defendant.

Case No.: 01-CV-1302 PAM/JGL

**AMENDED STIPULATION FOR ORDER REQUESTING MODIFICATION OF SCHEDULING ORDER**

The Court's current Scheduling Order sets a deadline for discovery of May 1, 2002, and disclosure of Plaintiff's expert for March 1, 2002, and Defendant's expert for April 1, 2002. The dispositive motion deadline is June 1, 2002 and trial is scheduled for July 1, 2002. On April 17, 2002, this Court granted the parties stipulation to extend the completion of discovery until May 31, 2002.

The parties now seek an Order extending the modified Scheduling Order. Many of the witnesses the parties wish to depose are sales representatives who travel extensively. The parties have been unable to serve deposition subpoenas on these witnesses. In spite of their best efforts and cooperation, counsel have not been able to complete discovery. Therefore, the parties stipulate and jointly request the Court issue an amended scheduling order as follows:

1. Discovery must be completed by July 30, 2002;

2. All dispositive motions shall be served, filed and fully briefed by September 30, 2002;

3. This case shall be ready for trial on November 4, 2002.

MAY 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NICOLS KASTER & ANDERSON

Dated: May 10, 2002

James H. Kaster (#53946)
Diane M. Odeen (#284142)
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2242
Telephone: (612) 338-1919

ATTORNEYS FOR PLAINTIFF

Dated: May 13th, 2002.

JACKSON LEWIS SCHNITZLER & KRUPMAN

David J. Duddleston #139804
Shelly B. Martin #0287076
150 Fifth Street Towers
150 South Fifth Street, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 341-8131

ATTORNEYS FOR DEFENDANT

**ORDER**

In accordance with the above Stipulation, the Court hereby amends the Scheduling Order extending the deadline for completion of discovery until July 30, 2002, deadline for dispositive motions is extended until September 30, 2002; and this case will be trail ready on November 4, 2002.

Dated: May 14, 2002.

BY THE COURT:

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge